IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRCT OF MASSACHUSETTS

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, | : | CIVIL ACTION NO.: |
| Plaintiff, | : : : | |
| v. | : : | |
| SEAN GOSSE, | : : | |
| Defendant. | : : : | |

## PLAINTIFF'S COMPLAINT

Plaintiff, Zurich American Insurance Company, as and for its Complaint and Jury Demand, alleges as follows:

## PARTIES

1. This action has been filed on behalf of Plaintiff, Zurich American Insurance Company, as the insurance carrier and subrogee of Rosemarie Auclair.

2. Plaintiff, Zurich American Insurance Company (hereinafter "Zurich") was and is a New York corporation, licensed to issue policies of insurance in the Commonwealth of Massachusetts, with its principal place of business located at 1299 Zurich Way, Schaumburg, Illinois 60196.

3. Defendant, Sean Gosse (hereinafter "Gosse"), is a citizen of the Commonwealth of Massachusetts and resides at 39 Wellsmere Road, Roslindale, MA 02131.

4. This Court has subject-matter jurisdiction pursuant to 28 U.S. Code Section 1332(a)(1), in that the plaintiff and defendant are citizens of different states, and the amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000.00.

**FACTS**

5. At all times material hereto, Zurich provided insurance coverage to Rosemarie Auclair (hereinafter "Auclair") with respect to the real property owned by Auclair located at 339 West Street, Hyde Park, MA 02136 (the "Subject Property") under Zurich's policy number ZHO0786418 (the "Subject Policy").

6. On or about November 17, 2021, a fire occurred at the Subject Property, resulting in significant damage to the property.

7. The plumbing torch ignited siding and insulation on the exterior of the Subject Property's structure, and spread to other parts of the structure, and caused other damages, costs and expenses.

8. The fire and resultant damages described in Paragraphs 6 and 7, above, were caused by the negligent acts and omissions of Gosse, including but not limited to negligence in:

   (a) failing to perform the soldering work in a safe manner;

   (b) failing to safely operate a plumbing torch, which has a known propensity to create a foreseeable fire hazard;

   (c) introducing an open flame in close proximity to combustible materials without taking adequate and reasonable precautions to prevent the plumbing torch from igniting a fire; and

   (d) Otherwise failing to exercise reasonable care under the circumstances

9. The fire was caused by Gosse's carelessness while using a plumbing torch to solder an exterior water valve.

10. Auclair submitted a claim pursuant to the terms and conditions of the Subject Policy, and Zurich made payments to Auclair in the amount of $360,267.00.

11. Under and pursuant to the terms of the Subject Policy, and otherwise by operation of law, and to the extent of the payments described in Paragraph 8, above, Zurich is subrogated to

the rights of Auclair against all parties responsible for the damages described in Paragraph 7, above.

## COUNT I- NEGLIGENCE AGAINST SEAN GOSSE

12. Plaintiff hereby re-alleges each and every allegation contained within the above paragraphs as if specifically set forth herein.

13. At all material times, Gosse owed a duty of reasonable care to the subrogor in his work at Auclair's home.

14. The subject property loss and resulting damages were the direct and proximate result of the defendant, Gosse's, breach of his aforesaid duties, including but not limited to proper use of a heat torch, performance of soldering work in a safe manner, introduction of an open flame near combustible materials, and otherwise failing to exercise reasonable care under the circumstances.

15. The damage to the subject property was directly and proximately caused by the negligent acts and/or omissions of Gosse.

**WHEREFORE,** Plaintiff seeks judgment against Defendant in the amount of its actual Damages totaling $360,267.00, plus interest, costs, attorney's fees allowable by law, and for any other relief as this Court deems just and equitable.

    Respectfully Submitted,
    The Plaintiff ,
    ZURICH AMERICAN INSURANCE COMPANY,
    By its Attorneys,

    _/s/ Stephanie Chesney_____
    Stephanie Chesney, BBO #672790
    Cozen O'Connor
    200 State Street, Suite 1105
    Boston, MA 02109
    617-846-5010
    SChesney@cozen.com

LEGAL\70232840\1